Seaboard Air Line Railway and Carrabelle, Tallahassee & Georgia Railroad Company, Plaintiffs in Error, v. Lewis C. Horne, Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Leon county; John W. Malone, Judge.

Geo. P. Raney and Fred T. Myers for plaintiffs in error.

Alex. St. Clair-Abrams for defendant in error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the

plaintiff, and the defendants take writ of error.   Writ of error dismissed on præcipe of counsel for plaintiff in error, on compromise.